No. 290, Misc. FOUQUETTE *v.* BERNARD, WARDEN. C. A. 9th Cir. Certiorari denied. *Ray L. Jenkins* for petitioner. *W. T. Mathews,* Attorney General of Nevada, *Geo. P. Annand, William N. Dunseath* and *John W. Barrett,* Deputy Attorneys General, and *Alan Bible* for respondent.

No. 291, Misc. LYNN *v.* LYNN. Supreme Court of Nevada and Second Judicial District Court of Nevada, Washoe County. Certiorari denied. *Samuel Gottlieb* for petitioner. *Herman A. Benjamin* and *Samuel Platt* for respondent.

No. 319, Misc. LEE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cummings, Béatrice Rosenberg* and *Robert Maysack* for the United States.

No. 327, Misc. GAWRON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 334, Misc. MAUGHS *v.* ROYSTER, SUPERINTENDENT OF STATE PRISON FARM. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 337, Misc. DARCY *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 339, Misc. CARPENTER *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 342, Misc. GILMORE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 343, Misc. HUMES *v.* MAINE. Supreme Judicial Court of Maine. Certiorari denied.